PC 9 DIRECT

Case 3:22-cv-02154-NJR   Document 1   Filed 08/12/22   Page 1 of 1   Page ID #1

U.S. DISTRICT COURT N.D. IL. (Eastern)

RECEIVED 1:22-CV-4261
8/12/2022  E.C.
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCANNED at MENARD and E-mailed
8-12-22 by RM    1 pages
Date       initials    No.

JUDGE VALDERRAMA
MAGISTRATE JUDGE WEISMAN

Page 1 of 1

Cleother Tidwell

vs                    NO. To be Supplied

A Known Liar

## Court Alert

On Last Thursday August 4, 2022 I Attempted to engage A White Female presumably "Mauve" (No ID on) About the problem of the "Dental Soft tray!"

This Witch Feigned ignorance and deflected by Shrugging the Shoulders and ordered me to "just sign it" in a obviously dismissive tone.

This dumb person Stated twice "I dunno" "I'll ask them" but never Stating who **they-them** ARE.

On today Thursday Aug 11 2022 a Lone C/O W/M brought the Dental supplies to the cell. The Witch had not sent a message nor Acknowledgement via the Lone officer which only confirmed my previous Assessment of the Liars' Nonchalance A Week Ago.

My first inclination Last Thursday was to call this Witch a "Liar" but I did'nt out of wisdom and to give it a chance to redeem itself. Okay, I waited. And my First mind was proven Accurate. This is not the first, or even third time, this Witch has lied to me about a Legitimate inquiry and it surely won't be the Last.

/SS/ Cleother Tidwell
8-11-22